AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-546A

Marvin Smith Shaheen

v.

John Beaver, Supt, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss for lack of prosecution is granted, Defendant's alternative motion to compel production is deemed moot and this case is closed.

Date: November 21, 2005                         RODNEY C. EARLY,
                                                CLERK

                                        By:   s/Deborah M. Zeeb
                                                Deputy Clerk